ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN MICHAEL KADLEC (01)

No.  4-22CR-008-0

## INFORMATION

The United States Attorney Charges:

Count One
Transfer of a Firearm in Violation of the National Firearms Act
(Violation of 26 U.S.C. § 5861(e), § 5871, and 18 U.S.C. § 2)

On November 18, 2021, in the Fort Worth Division of the Northern District of Texas, defendant **Stephen Michael Kadlec**, aiding and abetting and aided and abetted by another known individual, did knowingly transfer the following firearm, without proper application and approval and without paying the requisite tax in violation of 26 U.S.C. § 5812: a machine gun, described as a black in color, 9mm, MP5 style rifle with a defaced manufacturer, model, and serial number.

In violation of 26 U.S.C. § 5861(e), § 5871, and 18 U.S.C. § 2.

Forfeiture Notice
(26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in count one of this information, and under 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), defendant **Stephen Michael Kadlec** shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including but not limited to, the following: a machine gun, described as a black in color, 9mm, MP5 style rifle with a defaced manufacturer, model, and serial number; and a silencer, described as a black in color, cylindrical tube.

CHAD E. MEACHAM
UNITED STATES ATTORNEY


LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas    76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

**Information - Page 2**