UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



UNITED STATES OF AMERICA )
v. )                                     Case No. ~~4:21-MJ-756-BJ~~
STEPHEN MICHAEL KADLEC )          4:22-CR-008-O
)

## Consent to Modify Conditions of Release

I, Stephen Michael Kadlec, have discussed with Robert Honstein, Pretrial Services Officer, modifications of my release conditions as follows:

(7h) The defendant must get medical or psychiatric treatment as directed by the United States Probation Officer. The defendant shall contribute to the costs of services rendered (copayment) as determined by the United States Probation Officer.

(7n) The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the United States Probation Officer. The defendant shall contribute to the costs of services rendered (copayment) as determined by the United States Probation Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   1/7/22
Stephen Michael Kadlec           Date

s/Robert Honstein                 1/7/2022
U.S. Probation Officer            Date

s/Carol Foreman                   1/7/2022
Supervising U.S. Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   1/8/2022
Signature of Defense Counsel      Date

[X] The above modification of conditions of release is ordered, to be effective on January 8, 2022

[ ] The above modification of conditions of release is not ordered.

_____   January 10, 2022
U.S. Magistrate Judge Jeffrey L Cureton   Date

Page 1 of 1